UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
JACOB BIENER
SARAH BIENER

        Plaintiffs,

    v.

JPMORGAN CHASE BANK, N.A.
ROSICKI, ROSICKI & ASSOCIATES, P.C.

        Defendants.
------------------------------------------------x

**08 CIV. 6252**

Rule 7.1 Statement

**JUDGE KARAS**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Jacob Biener and Sarah Biener (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:
N/A


DATED: July 9, 2008
       Spring Valley, NY

                      /s/ _____
                 Shmuel Klein (SK 7212) Fed Court Only
                 Law Office of Shmuel Klein, PC
                 Attorneys for Plaintiff
                 268 ROUTE 59
                 Spring Valley, NY  10977
                 (845) 425-2510