UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JACOB BIENER AND SARAH BIENER;

                                    Plaintiffs,         Docket No.: 08-CV 6252
                                                        Judge Kenneth M. Karas
                                                        Magistrate-Judge George Yanthis

    -against-

                                                         **Rule 7.1 Disclosure Statement**

JPMORGAN CHASE BANK, N.A.;
ROSICKI, ROSICKI & ASSOCIATES, P.C.

                                  Defendants.
------------------------------------------------------------x

       Pursuant to Federal Rule of Civil Procedure 7.1, the defendant Rosicki, Rosicki & Associates, P.C., certifies that there is no parent corporation nor any publicly held corporation owning 10 percent or more of its stock.

Dated: Plainview, New York
         August 22, 2008

                                                  ROSICKI, ROSICKI & ASSOCIATES, P.C.

                                                  _____
                                                By: ANDREW MORGANSTERN (ACM-7432)
                                                Attorneys for ROSICKI, ROSICKI
                                                & ASSOCIATES, P.C.
                                                51 East Bethpage Road
                                                Plainview, New York 11803
                                                (516) 741-2585 x 121

To:
Shmuel Klein
Attorney for Plaintiffs
268 Route 59 West
Spring Valley, New York 10977

Att: Leonard Marinello
Pittoni, Bonchonsky & Zaino
Attorneys for JP Morgan Chase
226 Seventh Street, Suite 200
Garden City, New York 11530

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JACOB BIENER, SARAH BIENER

                Plaintiffs,

                -against-

JP MORGAN CHASE BANK, N.A.;
ROSICKI, ROSICKI & ASSOCIATES, P.C.,

                Defendants.
------------------------------------------------------------X

Docket No. 08 Civ. 6252

AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK )
                ) ss.:
COUNTY OF NASSAU )

    WILLIAM D. LOPEZ, being duly sworn, deposes and says:
I am not a party to the within action; I am over the age of 18 years; and I reside at Nassau County, New York. On the 22nd day of August, 2008, I served the following:

                Rule 7.1 Disclosure Statement

depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed to each of the following persons at the last known address set forth after each name:

Shmuel Klein
268 Route 59 West
Spring Valley, New York 10977

Att: Leonard Marinello
Pittoni, Bonchonsky & Zaino
226 Seventh Street, Suite 200
Garden City, New York 11530

                                                            /s/ William D. Lopez
                                                           WILLIAM D. LOPEZ

Sworn to before me
on this 22nd day of
August, 2008

/s/ Melissa Davidson
Notary Public

MELISSA DAVIDSON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DA6126669
Qualified in Suffolk County
Commission Expires May 16, 2009

Docket No. 08 Civ 6252

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
JACOB BIENER, SARAH BIENER,
                               Plaintiffs,

        -against-


JP MORGAN CHASE BANK NA;
ROSICKI, ROSICKI & ASSOCIATES, P.C.,

                              Defendants.
-----------------------------------------------------------------X


## RULE 7.1 DISCLOSURE STATEMENT


ROSICKI, ROSICKI & ASSOCIATES, P.C.
Defendant Pro Se
51 East Bethpage Road
Plainview, New York 11803
(516) 741-2585 x 121
RR&A NO.: 08-026835